## UNITED STATES *versus* WILLIAM H. PUTHUFF, LATE INDIAN AGENT.

JOURNAL ENTRIES: (1) Oct. 7, 1822: motion for rule on marshal to bring body, motion to quash writ; (2) Oct. 8, 1822: motion for rule granted, rule extended; (3) Oct. 9, 1822: recognizance, motion for continuance granted; (4) Oct. 3, 1823: arguments heard, judgment for plaintiff; (5) Oct. 7, 1823: motion and reasons in arrest of judgment filed; (6) Sept. 26, 1825: stricken from docket, judgment ordered recorded as of October 3, 1823.
PAPERS IN FILE (1821-23): (1) Precipe for capias; (2) capias and return; (3) motion to quash writ; (4-6) affidavits for continuance; (7) motion and reasons in arrest of judgment; (8) Treasury transcript.
*File No. 27 of 1822.*